UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rachael Johnson and Reade Adams, individually and on behalf of those similarly situated,

Plaintiffs,

v.

Hennepin Healthcare System, Inc.,

Defendant.

Court File No. 24-CV-02129 (PJS/DTS)

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

---

Defendant Hennepin Healthcare System, Inc. ("Hennepin"), through its attorneys, moves the Court for an order under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Complaint with prejudice. Hennepin bases this motion on all of this action's files, records, oral arguments, and its briefing and supporting materials, which will be filed and served in accordance with the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules.

Dated: October 1, 2024

*s/ Natasha T. Robinson*
Nicole M. Moen (#0329435)
Natasha T. Robinson (#0399625)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
nmoen@fredlaw.com
nrobinson@fredlaw.com

Katherine Clancy (#399739)
Assistant Hennepin County Attorney
2000A Government Center, MC200
300 South Sixth Street
Minneapolis, MN 55487

(612) 348-3427
katherine.clancy@hennepin.us

***Attorneys for Defendant***