UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rachael Johnson and Reade Adams, individually and on behalf of those similarly situated,

Plaintiffs,

v.

Hennepin Healthcare System, Inc.,

Defendant.

Court File No. 24-CV-02129 (PJS/DTS)

**DECLARATION OF NATASHA T. ROBINSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

---

I, Natasha T. Robinson, declare and state as follows:

1. I am a shareholder at the law firm of Fredrikson & Byron, P.A., and an attorney representing Defendant Hennepin Healthcare System, Inc. ("Hennepin") in the above-captioned matter. I make this declaration in support of Hennepin's Motion to Dismiss Plaintiffs' Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of a Hennepin's Website Privacy Policy, as retrieved from Hennepin's website on September 24, 2024, available at https://www.hennepinhealthcare.org/privacy-policy/.

3. Attached hereto as **Exhibit B** is a true and correct copy of a Hennepin's Notice of Privacy Practices, as retrieved from Hennepin's website on September 24, 2024, available at https://www.hennepinhealthcare.org/privacy-practices/.

Dated: October 1, 2024

*s/ Natasha T. Robinson*
Natasha T. Robinson