UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rachael Johnson and Reade Adams, individually and on behalf of those similarly situated,

Plaintiffs,

v.

Hennepin Healthcare System, Inc.,

Defendant.

Court File No. 24-CV-02129 (PJS/DTS)

**MEET-AND-CONFER STATEMENT REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

---

I, Natasha T. Robinson, representing Defendant Hennepin Healthcare System, Inc. ("Hennepin"), hereby certify that:

Counsel for Hennepin, Natasha T. Robinson and Nicole M. Moen, met and conferred with the opposing party by:

Meeting via Microsoft Teams with counsel for Plaintiffs, David Almeida, Britany Kabakov, and Ryan Ellersick,

On: September 30, 2024

Discussing the following motion: Hennepin's Motion to Dismiss Plaintiffs' Complaint.

As a result of the meet-and-confer, the parties:

☒ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: October 1, 2024

*s/ Natasha T. Robinson*
Nicole M. Moen (#0329435)
Natasha T. Robinson (#0399625)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
nmoen@fredlaw.com
nrobinson@fredlaw.com

Katherine Clancy (#399739)
Assistant Hennepin County Attorney
2000A Government Center, MC200
300 South Sixth Street
Minneapolis, MN 55487
(612) 348-3427
katherine.clancy@hennepin.us

***Attorneys for Defendant***